■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN JAMES, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered January 2, 1974, convicting him of criminally selling a dangerous drug in the third degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the law, and new trial ordered. Appellant did not raise any questions of fact and none have been considered. The prosecutor was permitted to ask questions of defendant on cross-examination relating to the possession of drugs by a female companion at a time subsequent to the commission of the crime charged. This was basic error. In addition, it should be noted that the charges against the female companion had been dismissed. Hopkins, Acting P. J., Martuscello, Cohalan, Brennan and Shapiro, JJ., conur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL KELLY and JOSEPH VELTRI, Appellants.—Two judgments (one as to each defendant) of the Supreme Court, Kings County, both rendered March 14, 1973, affirmed *(People v Daneff,* 30 NY2d 793, cert den 410 US 913). Latham, Acting P. J., Cohalan, Christ, Brennan and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK M. LAWSON, Appellant.—Two judgments of the Supreme Court, Queens County, both rendered November 19, 1973, affirmed *(People v Allen,* 32 NY2d 693; *People v Arnold,* 42 AD2d 972). Cohalan, Acting P. J., Christ, Brennan, Munder and Shapiro, JJ., concur.